UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DENARI CAPITAL LLC, et al.,<br><br>Defendants. | Case No. 19-cv-07284-EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>Docket No. 17 |

On November 8, 2019, Plaintiff Commodity Futures Trading Commission filed a Motion for Preliminary Injunction, *see* Docket No. 15, and a Motion to Appoint Receiver, *see* Docket No. 16. The Motion for Preliminary Injunction was approximately seven pages; the Motion to Appoint Receiver was approximately five pages. Plaintiff also filed a Motion for Leave to File Excess Pages, *see* Docket No. 17, requesting permission to file an additional 31-page Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction and for Appointment of Temporary Receiver. Taken together, Plaintiff's Motions and Memorandum total approximately 43 pages.

The Court refers Plaintiff to Civil Local Rule 7-2(b), which states in relevant part: "In one filed document not exceeding 25 pages in length, a motion must contain . . . the points and authorities in support of the motion—in compliance with Civil L.R. 7-4(a)." Thus, a motion and any memorandum in support of that motion are both counted toward the 25-page limit contemplated by the Civil Local Rules. However, because Plaintiff's two motions and its memorandum in support of those motions do not exceed the page limit that would normally be

permitted for two motions, the Court **GRANTS** Plaintiff's Motion for Leave to File Excess Pages and urges Plaintiff's counsel to review Civil Local Rule 7.

This order disposes of Docket No. 17.

**IT IS SO ORDERED**.

Dated: November 12, 2019

_____
EDWARD M. CHEN
United States District Judge